United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GINI F. RIGGS,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,

    Defendant.
_____/

No. C 04-04370 PJH

**JUDGMENT**

    This action having come before the court on the parties' cross-motions for summary judgment and the court having granted the plaintiff's motion in part,

    it is Ordered and Adjudged

    that the Commissioner's final decision is remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment under Federal Rule of Civil Procedure 58, and closes the case and terminates all pending motions.

    **IT IS SO ORDERED.**

Dated: July 21, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge